Commonwealth ex rel. Blumberg, Appellant, *v.* Greenberg.

Argued June 12, 1961. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

reargument refused October 6, 1961.

Before HONEY-MAN, J.

*William L. O'Hey, Jr.*, with him *Henderson, Wetherill & O'Hey*, for appellant.

*Samuel H. High, Jr.*, with him *High, Swartz, Roberts & Seidel*, for appellee.

OPINION PER CURIAM, September 12, 1961:

The six Judges who heard the argument of this appeal being equally divided in opinion, the order of the lower court is affirmed.